|     |     |
| --- | --- |
|     | **O** |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M. a minor by his Guardian Ad Litem Jose Luis Muro; A.M., a minor by his Guardian Ad Litem Jose Luis Muro; F.M., a minor by his Guardian Ad Litem Francisco J. Martinez,<br><br>　　　　　Plaintiffs,<br>　　v.<br>GLENDALE UNIFIED SCHOOL DISTRICT; GLENDALE POLICE DEPARTMENT; LOS ANGELES POLICE DEPARTMENT (LAPD); JENNIFER EARL; GILDA DAVIS,<br><br>　　　　　Defendants. | Case No. 2:12-cv-02763-ODW(SHx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT; ORDER VACATING SUMMARY-JUDGMNENT HEARING DATES [66], [67], [73[, [74]** |

　　　On September 16, 2013, Magistrate Judge Hillman informed the Court that this case settled as to Defendants Los Angeles Police Department and Glendale Police Department. (ECF No. 90.) The Court therefore **ORDERS** Plaintiffs to **SHOW CAUSE** by **Wednesday, September 25, 2013**, why the settlements have not been finalized. No hearing will be held. The Court will discharge the Order to Show Cause upon filing of a stipulation and proposed dismissal order.

　　　The Court also **VACATES** the hearing dates on all Defendants' Motions for Summary Judgment. (ECF Nos. 66, 67, 73, 74.) The Court will defer resolution of

/ / /

Los Angeles and Glendale Police Departments' Motions until after discharging the Order to Show Cause. The briefing schedule on all Motions remains unchanged.

**IT IS SO ORDERED.**

September 16, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**