**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M. a minor by his Guardian Ad Litem Jose Luis Muro; A.M., a minor by his Guardian Ad Litem Jose Luis Muro; F.M., a minor by his Guardian Ad Litem Francisco J. Martinez,<br><br>Plaintiffs,<br>v.<br><br>GLENDALE UNIFIED SCHOOL DISTRICT; GLENDALE POLICE DEPARTMENT; LOS ANGELES POLICE DEPARTMENT (LAPD); JENNIFER EARL; GILDA DAVIS,<br><br>Defendants. | Case No. 2:12-cv-02763-ODW(SHx)<br><br>**ORDER TO SHOW CAUSE RE. APPROVAL OF MINORS' SETTLEMENTS** |

On September 16, 2013, Defendant Los Angeles Police Department notified the Court that it had a reached a complete settlement with all Plaintiffs. (ECF No. 91.) Magistrate Judge Hillman also informed the Court that the case settled as to Defendant Glendale Police Department. (ECF No. 90.)

District courts derive a special duty from Federal Rule of Civil Procedure 17(c) to safeguard minor litigants' interests. *Robidoux v. Rosengren*, 638 F.3d 117, 1181 (9th Cir. 2011). In suits involving minor plaintiffs, this special duty requires a district court to conduct its own inquiry to determine whether the proposed settlement serves the best interests of the minor. *Id.* ; L.R. 83-5.1 ("No claim in any action involving a

minor or incompetent person shall be settled, compromised or dismissed without leave of the Court embodied in an order, judgment or decree.").

Los Angeles Police Department indicates that all Plaintiffs have now reached the age of majority. While the Court does not doubt counsel's representations, the Court must be sure to safeguard the interests of Plaintiffs, especially since they were minors throughout the pendency of the case. The Court therefore **ORDERS** the parties to submit declarations from J.M., A.M., and F.M. attesting that they have now reached the age of majority and had attained this age by the time they settled with Los Angeles and Glendale Police Departments. The parties shall submit the declarations by **Monday, September 30, 2013**. No hearing will be held.

**IT IS SO ORDERED.**

September 17, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**