O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M. a minor by his Guardian Ad Litem Jose Luis Muro; A.M., a minor by his Guardian Ad Litem Jose Luis Muro; F.M., a minor by his Guardian Ad Litem Francisco J. Martinez,<br><br>                Plaintiffs,<br>     v.<br>GLENDALE UNIFIED SCHOOL DISTRICT; GLENDALE POLICE DEPARTMENT; LOS ANGELES POLICE DEPARTMENT (LAPD); JENNIFER EARL; GILDA DAVIS,<br><br>                Defendants. | Case No. 2:12-cv-02763-ODW(SHx)<br><br>**ORDER DENYING DEFENDANT LOS ANGELES POLICE DEPARTMENT'S MOTION FOR SUMMARY JUDGMENT AS MOOT [73]** |

On September 16, 2013, Defendant Los Angeles Police Department informed the Court that it and the Plaintiffs reached a complete settlement in this case. (ECF No. 91.) The Department also withdrew its Motion for Summary Judgment filed on August 29, 2013. (*See* ECF No. 73.) The Court accordingly **DENIES AS MOOT** Los Angeles Police Department's Motion for Summary Judgment. (*Id.*)

**IT IS SO ORDERED.**

September 16, 2013

                                                                  _____
                                                                      **OTIS D. WRIGHT, II**
                                                               **UNITED STATES DISTRICT JUDGE**