# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.M., a minor; A.M., a minor; F.M., a minor,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>GLENDALE UNIFIED SCHOOL DISTRICT; GLENDALE POLICE DEPARTMENT; LOS ANGELES POLICE DEPARTMENT (LAPD); JENNIFER EARL; GILDA DAVIS,<br><br>　　　　　　Defendants. | Case No. 2:12-cv-02763-ODW(SHx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

　　　On November 18, 2013, Plaintiffs informed the Court that they settled with respect to the remaining Defendants. (ECF No. 191.) The Court therefore **ORDERS** the parties **TO SHOW CAUSE** by **Monday, January 6, 2013**, why the settlement has not been finalized. No hearing will be held. The Court will discharge this Order upon filing of a notice of voluntary dismissal or proposed dismissal order.

　　　**IT IS SO ORDERED.**

　　　November 25, 2013

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**